**227**

Sharon A. (Bullock)
FRISBEE, Appellant,

v.

Shirel BULLOCK, Respondent.

No. WD 42956.

Missouri Court of Appeals,
Western District.

Nov. 6, 1990.

James D. Worthington, Lexington, for appellant.

Steve D. Burmeister, Independence, for respondent.

Before LOWENSTEIN, P.J., and SHANGLER and MANFORD, JJ.

ORDER

PER CURIAM.

Appeal from denial of motion to modify child support provisions of decree of dissolution of marriage.

The judgment is affirmed. Rule 84.16(b).

STATE of Missouri, Respondent,

v.

Raymond Jeffrey NILES, Appellant.

No. WD 42993.

Missouri Court of Appeals,
Western District.

Nov. 6, 1990.

Raymond L. Legg, Columbia, for appellant.

William L. Webster, Atty. Gen., Joan F. Gummels, Asst. Atty. Gen., Jefferson City, for respondent.

Before GAITAN, P.J., and TURNAGE and KENNEDY, JJ.

ORDER

PER CURIAM:

Raymond Jeffrey Niles appeals from conviction of stealing, § 570.030, RSMo 1986 and sentence of seven years imprisonment as a prior and persistent offender.

Judgment affirmed. Rule 30.25(b).